UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CV00559 JCH |
| DEBRA L. FEMMER, | ) |
| Defendant. | ) |

### JUDGMENT ENTERED BY DISTRICT COURT JUDGE

Pursuant to Fed. R. Civ. P. 55(b)(1), Judgment by default is hereby entered in favor of the Plaintiff, United States of America, and against defendant DEBRA L. FEMMER, in the sum of $14,350.03, ($10,195.54 principal, $4,154.49 interest to May 26, 2011), plus interest until the date of judgment, and post-judgment interest at the legal rate as provided by law.

DATED: 6/7/11

JEAN C. HAMILTON
U.S. District Court Judge
Eastern District of Missouri